■ In the Matter of the Commitment of HENRY L. SCOPES, Appellant.— Appeal unanimously dismissed as moot. Petitioner is not now detained at Dannemora State Hospital under the commitment order appealed from. (Appeal from order of Wyoming County Court committing appellant to State hospital.) Present — Del Vecchio, J. P., Marsh, Witmer, Moule and Henry, JJ.